EXHIBIT A


US00D927221S

(12) **United States Design Patent** (10) Patent No.: **US D927,221 S**
Tang (45) Date of Patent: ⁎⁎ **Aug. 10, 2021**

(54) **IRON FRAME**

(71) Applicant: **Zhaoshi Tang**, Huazhou (CN)

(72) Inventor: **Zhaoshi Tang**, Huazhou (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/775,514**

(22) Filed: **Mar. 24, 2021**

(51) **LOC (13) Cl.** .............................................. **06-04**
(52) **U.S. Cl.**
USPC ....................................................... **D6/566**
(58) **Field of Classification Search**
USPC ........ D6/513, 511, 514, 524, 525, 536, 540,
D6/566, 570, 562, 574; D19/90;
211/13.1, 70.6, 70.7, 71.01, 74, 75, 86.01,
211/88.01, 90.01, 90.03, 106, 119, 126.1,
211/133.5, 134, 181.1; 248/302;
D3/315; D7/601, 637
CPC ........ A47K 17/00; A47K 3/281; A47K 3/001;
B23P 17/04; A47B 57/265; A47B 57/565;
A47B 57/26
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D773,219 S | | 12/2016 | Clouse et al. | |
|---|---|---|---|---|
| D784,721 S | * | 4/2017 | Goodman | D6/525 |
| D784,745 S | | 4/2017 | Nilsson et al. | |
| D812,396 S | * | 3/2018 | Wilson | D6/566 |
| D875,448 S | | 2/2020 | Reinhart et al. | |
| D878,098 S | * | 3/2020 | Goodman | D6/566 |
| D880,896 S | * | 4/2020 | Wilson | D6/566 |
| D890,548 S | * | 7/2020 | Cai | D6/574 |
| D893,216 S | * | 8/2020 | Goodman | D6/566 |
| D917,203 S | * | 4/2021 | Goodman | D6/566 |

* cited by examiner

*Primary Examiner* — Wan Laymon
*Assistant Examiner* — Mark Booker

(57) **CLAIM**

The ornamental design for an iron frame, as shown and described.

**DESCRIPTION**

FIG. **1** is a first perspective view of an iron frame showing my design;
FIG. **2** is a second perspective view thereof;
FIG. **3** is a front view thereof;
FIG. **4** is a back view thereof;
FIG. **5** is a left side view thereof;
FIG. **6** is a right side view thereof;
FIG. **7** is a top view thereof; and,
FIG. **8** is a bottom view thereof.
The broken lines shown in the drawings depict portions of the iron frame in which the design is embodied that form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8