IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ZHAOSHI TANG )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>The Partnerships and Unincorporated )<br>Associations Identified on Schedule A )<br>)<br>Defendants. )<br>) | **CA: 1:23-CV-04587** |

**PLAINTIFF'S MOTION TO FILE UNDER SEAL**

Pursuant to Local Civil Rule 5, Plaintiff, by counsel, hereby moves for leave to file a redacted version of the following documents and/or temporarily file the following documents under seal: Schedule A to the Complaint, which includes a list of Amazon account names used by Defendants; and (2) Exhibit B to the Complaint, which contains screenshots of the Defendants' Internet Store listings.

Plaintiff relies on its Memorandum in Support and the Proposed Order filed herewith to support its motion.

Respectfully Submitted:

/s/ Robert M. DeWitty

Attorney, Tang