## Schedule A

| | Defendant Amazon.com marketplaces | |
|---|---|---|
| **No** | **URL** | **Name of seller** |
| 1 | https://www.amazon.com/sp?ie=UTF8&seller=A3LMUGUZK6CG8Z | lilulustore |
| 2 | https://www.amazon.com/sp?ie=UTF8&seller=A1YDVMNR1ERCEN | Updesign Store |
| 3 | https://www.amazon.com/sp?ie=UTF8&seller=A1737DGTRPR6M1 | RomSale |
| 4 | https://www.amazon.com/sp?ie=UTF8&seller=A215862JR6ZCQE | Lorbro |
| 5 | https://www.amazon.com/sp?ie=UTF8&seller=A27AXH7J9C3NUS | Pixzhou US |
| 6 | https://www.amazon.com/sp?ie=UTF8&seller=A1O8IME59ILDMI | ABC Shopping Mall |
| 7 | https://www.amazon.com/sp?ie=UTF8&seller=AAFVKW2XOUPRK | The Lakeside Collection |
| 8 | https://www.amazon.com/sp?ie=UTF8&seller=AC8ETVTC0KNZB | OYEAL Direct |
| 9 | https://www.amazon.com/sp?ie=UTF8&seller=AFYZNN7ULQWBK | KES Faucet & Shower |

| 10 | https://www.amazon.com/sp?ie=UTF8&seller=AEKOHFY7KUO7A | BTY HOME |
| --- | --- | --- |
| 11 | https://www.amazon.com/sp?ie=UTF8&seller=A1SN5NTL33C8AI | NORCEESAN DIRECT |
| 12 | https://www.amazon.com/sp?ie=UTF8&seller=A106AH6WTYN0EO | spacerest-us |
| 13 | https://www.amazon.com/sp?ie=UTF8&seller=A2E8GBDEEI6VZ0 | Lzhevsk-US |
| 14 | https://www.amazon.com/sp?ie=UTF8&seller=AKQKKCV9OA1O6 | Docoo |
| 15 | https://www.amazon.com/sp?ie=UTF8&seller=AFHB5QQBDHPLW | YBING Direct |
| 17 | https://www.amazon.com/sp?ie=UTF8&seller=A309O0NEW3AZL6 | Yummy Makeup |
| 17 | https://www.amazon.com/sp?ie=UTF8&seller=A1SEZ9R7JEXTO6 | CADUKE Direct |
| 18 | https://www.amazon.com/sp?ie=UTF8&seller=A1S78QAX9OMJHR | S Wisdom HF |
| 19 | https://www.amazon.com/sp?ie=UTF8&seller=A3SCXXXK3DO3SJ | Wings of Esa |