# DECLARATION OF ROBERT DEWITTY
# IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER

I, ROBERT DEWITTY, declare:

1. The following is true to my knowledge, except for matters alleged upon information and belief, and as to those matters, I also believe them to be true.

2. Defendant Internet Stores, as of the filing of this TRO, are still selling Infringing Products.

3. In my professional view, as a registered patent attorney who has prosecuted design patents, I believe the designs under U.S. Pat. No. D927221 patent is used for supporting and hanging items, while avoiding inadvertent knocking of items off its platform due to a framing.

4. In my analysis of Infringing (Iron Frame) Products, I have identified 19 different infringing Defendants, all operating Defendant Internet Stores.

5. On information and belief, I verify that an infringing Iron Frame product was purchased and mailed to the State of Illinois.

6. A review of the multitude of Amazon Sellers for the Infringing Products of the '221 patent show prices as low as $12.98. According to the article "How to Stop Price Erosion", low prices lead to price erosion, which will likely be irreversible as consumers grow used to paying the cheaper, or less expensive price, for an item. (https://pattern.com/blog/price-erosion-how-to-stop/, accessed July 2023).

7. Following price erosion for a type of product, brand erosion is known to occur as customers start to not value a product or brand due to the lower price point of the product.

8. On information and belief, Defendants move funds from their Internet Stores account to accounts overseas.

9. Through significant efforts, we have been unable to locate the true identity of Defendants.

10. I have reviewed the file wrapper for the '221 patent, and in my opinion, as a patent attorney and a former patent examiner, the design in the '221 patent was subjected to an extensive amount of prior art comparison.

11. It is in my experience, in other similar cases, that Defendants do not provide accurate addresses of their businesses.

12. I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment.

Signed:

*/s/*
ROBERT DEWITTY

Dated: July 17, 2023