# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

Zhaoshi Tang,
    Plaintiff

vs.

PARTNERSHIPS and
UNINCORPORATED
ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A,"
    Defendants    /

Case No. 23-cv-04587
Judge Thomas M. Durkin
Magistrate Judge Jeffrey Cole

## PLAINTIFF'S MOTION TO EXTEND THE
## TEMPORARY RESTRAINING ORDER

This First Motion to Extend the Temporary Restraining Order ("TRO") is brought by Plaintiff, Zhaoshi Tang ("Tang" or "Plaintiff"), pursuant to Federal Rule of Civil Procedure 65. This Court's Temporary Restraining Order issued on July 25, 2023 (ECF No. 13, SEALED Order). Plaintiff subpoenaed the information regarding Defendants' identities from Defendants' service providers and Plaintiff only received this information as of the day of the presentation of this request for extension of time. Plaintiff respectfully asks this Court to extend the TRO, until such time as Plaintiff identifies/clarifies Defendants' identifying information from the subpoenaed parties and provides Defendants actual notice of this Court's TRO. Plaintiff further requests extension of other aspects of the TRO, including the period for providing PLAINTIFF expedited discovery (para. 4), the period for disable and cease displaying any advertisements (para. 5), the requirements placed on any banks, credit card companies, or payment processing companies (para. 6), the identification and restraint of all funds (para. 9), and deposit of surety bond or cash (para. 11).

Plaintiff requests the extension of the TRO for the same reasons Plaintiff sought the TRO, specifically to ensure that Defendants do not modify registration data and content, change hosts, redirect traffic to other websites in their control, and move any assets from accounts in U.S.-based financial institutions to offshore accounts.

For all the foregoing reasons, Plaintiff respectfully requests this Court to extend the Temporary Restraining Order through and until August 18, 2023.

Dated: August 4, 2023 /s/

Robert M. DEWITTY
DeWitty and Associates
712 H Street, NE
Washington, D.C. 20002
 T: 202 571 7070
 F: 202 513 8071
 E: admin@dewittyip.com
 Attorney for Plaintiff Zhaoshi Tang