# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Tang Zhaoshi
                                                      Plaintiff,

v.                                                                                Case No.: 1:23−cv−04587

                                                                                         Honorable Thomas M. Durkin

The Partnerships And Unincorporated Associations Identified On Schedule A,
                                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 4, 2023:

      MINUTE entry before the Honorable Thomas M. Durkin: Plaintiff's motion to extend the temporary restraining order [14] is granted. The Temporary Restraining Order entered on 7/25/2023 is extended through and until 8/18/2023. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.