# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

ZHAOSHI TANG

CASE NUMBER: 1:23-cv-04587

V.

ASSIGNED JUDGE: Hon. Thomas M. Durkin

THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

DESIGNATED MAGISTRATE JUDGE: Honorable Jeffrey Cole

TO: (Name and address of Defendant)

The Partnerships and all other Defendants identified in the Complaint.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert M. DEWITTY
DeWitty and Associates
712 H Street, NE
Washington, D.C. 20002

an answer to the complaint which is herewith served upon you, \_\_\_\_21\_\_\_\_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_(signature)_

(By) DEPUTY CLERK



August 22, 2023

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | August 22, 2023 |

| | TITLE |
|---|---|
| NAME OF SERVER *(PRINT)* Robert M. DeWitty | Attorney of Record |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): I electronically published the Complaint, TRO, Summons and other relevant documents to the website https://app.box.com/s/nyrhoub2ng2lcv50g97703ghmqgsue0d.

I sent an e-mail to the e-mail addresses for Defendant identified in Exhibit A, which included a link to the website.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  August 22, 2023        *[signature]*
             Date                    Signature of Server

712 H Street, NE, Washington, D.C. 20002
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.