IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Zhaoshi Tang,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>　　　　Defendants. | Case No. 23-cv-04587<br><br>**Judge Thomas M. Durkin**<br><br>**Magistrate Judge Jeffrey Cole** |

### DECLARATION OF ROBERT M. DEWITTY

I, Robert M. DeWitty, of the Washington, DC, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Maryland and the United States District Court for the <u>Northern District of Illinois</u>. I am the attorney for Plaintiff Zhaoshi Tang. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. I hereby certify that the Defaulting Defendants (as defined in the accompanying Memorandum) have failed to answer or otherwise plead in this action within the allotted time in violation of Federal Rule of Civil Procedure 12(a)(1)(A).

3. My office investigated the infringing activities of the Defaulting Defendants, including attempting to identify the owner of each associated e-commerce store operating under the Seller Aliases and its contact information.

4. All Defendants listed in this action and provided on Schedule A have been forwarded a link

3

to all pertinent to this action, including those relating the previously granted TRO and this Preliminary Injunction.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 22nd day of August 2023 at Washington, D.C.

/s/ Robert M. DeWitty
Robert M. DeWitty
Counsel for Plaintiff Zhaoshi Tang