# Exhibit A

|  |  |
|---|---|
| Updsign Store | chcx999@outlook.com |
| RomSale | romka.1993@yahoo.com |
| Lorbro | guangzhoubaoxikeji@163.com |
| Pixzhou US | 3128972117@qq.com |
|  |  |
| The Lakeside Collection | amazon@lakeside.com |
| OYEAL Direct | liuquande-amf@outlook.com |
| KES Faucet & Shower | keshiliweiyu@163.com |
| BTY HOME | lixinghuakj@outlook.com |
| NORCEESAN DIRECT | r02-tpd003@outlook.com |
| spacerest-us | weipengrong_us@hotmail.com |
| Lzhevsk-US | ryx789@outlook.com |
| Docoo | qddh7788@outlook.com |
| YBING Direct | r01 t02@outlook.com |
| Yummy Makeup | info@perfecthair.top |
| CADUKE Direct | lerroinc@outlook.com |
| S Wisdom HF | darren@jamalsale.com |
| Wings of Esa | xuleleyx@gmail.com |