IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Zhaoshi Tang,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE "A",<br><br>　　　　Defendants. | Case No. 23-cv-04587<br><br>Judge Thomas M. Durkin<br><br>Magistrate Judge Jeffrey Cole |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on <u>Friday, August 25, 2023, at 9:30 a.m.</u>, Plaintiff, by its counsel, shall appear before the Honorable Thomas M. Durkin in Courtroom _____ at the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present Plaintiff's Motion for Entry of a Preliminary Injunction as to Defendants 1-18.

Dated: 22nd August 2023		Respectfully Submitted:

/RDWy/

Robert M. DEWITTY
DeWitty and Associates
712 H Street, NE, PMB 97894
Washington, D.C. 20002
T: 202 5717070
F: 202 513 8071
E: admin@dewittyip.com
   rmdewitty@dewittyip.com


*Counsel for Plaintiff ZHAOSHI TANG*

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of August 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website and I will send an e-mail to the e-mail addresses identified in Exhibit A hereto that includes a link to said website.

/s/ Robert M. DeWitty

Robert M. DeWitty
Attorney,
Plaintiff Zhaoshi Tang,
DeWitty and Associates
712 H Street, NE,
PMB97894
Washington DC, 20002
Tele: 2025717070
Fax: 2025138071
Email:admin@dewittyip.com