Case: 1:23-cv-04587 Document #: 50-1 Filed: 10/09/23 Page 1 of 4 PageID #:106

US00D757457S

# (12) United States Design Patent
## Guindi et al.

(10) Patent No.: **US D757,457 S**
(45) Date of Patent: ⁂⁂ **May 31, 2016**

(54) **STORAGE BASKET**

(71) Applicants: **Henry V. Guindi**, Brooklyn, NY (US);
**Juan C. Escobar**, Edgewater, NJ (US)

(72) Inventors: **Henry V. Guindi**, Brooklyn, NY (US);
**Juan C. Escobar**, Edgewater, NJ (US)

(73) Assignee: **HDS Trading Corp.**, North Brunswick, NJ (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/508,106**

(22) Filed: **Nov. 3, 2014**

(51) **LOC (10) Cl.** .............................................. 06-06
(52) **U.S. Cl.**
  USPC ......................................................... **D6/513**
(58) **Field of Classification Search**
  USPC .......... D6/512–514, 524, 525, 553, 566, 567; D3/304, 314
  CPC .... A47B 87/0207; A47L 19/04; A47L 15/50; B65D 7/44; B65D 7/20; B65D 71/003; B65D 61/00; A47J 47/16; B07C 7/02; B42F 17/08; B42F 17/02; B42F 15/0035; A47F 7/00; A47F 7/163; A47F 5/0006; A47F 7/145; A47F 5/0807; A47F 5/13; A47F 5/0025; A47F 5/0068; A47F 5/01
  See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D343,712 S | * | 1/1994 | Linder | D6/513 |
| D364,297 S | * | 11/1995 | Daniel | D3/306 |
| D412,080 S | * | 7/1999 | Emery | D6/513 |
| D458,640 S | * | 6/2002 | Hofman | D19/75 |
| D479,663 S | * | 9/2003 | Snell | D6/525 |
| D492,112 S | * | 6/2004 | Hardy | D6/306 |
| D512,223 S | * | 12/2005 | Snell | D3/304 |
| D554,419 S | * | 11/2007 | Thompson | D6/566 |
| D559,024 S | * | 1/2008 | Tau | D6/566 |
| D570,634 S | * | 6/2008 | Goodman | D6/566 |
| D574,647 S | * | 8/2008 | Snider | D6/513 |
| D579,700 S | * | 11/2008 | Ghiorghie | D6/513 |
| D579,701 S | * | 11/2008 | Snell | D6/513 |
| D584,056 S | * | 1/2009 | Ghiorghie | D3/304 |
| D588,814 S | * | 3/2009 | Ghiorghie | D3/304 |
| D588,815 S | * | 3/2009 | Ghiorghie | D3/304 |
| D616,680 S | * | 6/2010 | Snider | D6/513 |
| D617,126 S | * | 6/2010 | Snider | D6/513 |
| D627,969 S | * | 11/2010 | Klein | D6/514 |
| D628,385 S | * | 12/2010 | Klein | D6/513 |
| D632,081 S | * | 2/2011 | Klein | D3/306 |
| D650,209 S | * | 12/2011 | Snider | D6/513 |
| D675,466 S | * | 2/2013 | Goodman | D6/566 |
| D705,565 S | * | 5/2014 | Schraufnagel | D6/513 |
| D710,124 S | * | 8/2014 | Goodman | D3/306 |
| D723,297 S | * | 3/2015 | Goodman | D6/513 |
| D723,835 S | * | 3/2015 | Goodman | D6/513 |
| D728,255 S | * | 5/2015 | Guindi | D6/513 |

* cited by examiner

*Primary Examiner* — John Windmuller
*Assistant Examiner* — Steven Czyz
(74) *Attorney, Agent, or Firm* — Ostrolenk Faber LLP

(57) **CLAIM**

The ornamental design for a storage basket, as shown and described.

**DESCRIPTION**

FIG. **1** is a top, front and side perspective view of a storage basket showing our new design;
FIG. **2** is a front plan view thereof;
FIG. **3** is a rear plan view thereof;
FIG. **4** is a side view thereof, the opposite side view being a mirror image thereof;
FIG. **5** is a top view thereof; and,
FIG. **6** is a bottom view thereof.

**1 Claim, 3 Drawing Sheets**



**U.S. Patent**     May 31, 2016     Sheet 1 of 3     **US D757,457 S**



**FIG. 1**



**FIG. 2**



**FIG. 3**

FIG. 4

FIG. 5

FIG. 6