US00D705565S

(12) **United States Design Patent**
Schraufnagel et al.

(10) Patent No.: **US D705,565 S**
(45) Date of Patent: ** **May 27, 2014**

(54) **OVER THE DOOR STORAGE ASSEMBLY**

(71) Applicant: **Liberty Hardware Mfg. Corp.,**
Winston-Salem, NC (US)

(72) Inventors: **Natalie A. Schraufnagel**, Chicago, IL
(US); **Adam W. Callif**, Chicago, IL (US)

(73) Assignee: **Liberty Hardware Mfg. Corp.,**
Winston-Salem, NC (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/472,244**

(22) Filed: **Nov. 11, 2013**

(51) LOC (10) Cl. ................................................. **06-06**

(52) U.S. Cl.
USPC .......................................... **D6/513**; D6/566

(58) **Field of Classification Search**
USPC .................. D3/304, 306; 206/202, 513, 557;
211/13.1, 41.3, 41.4, 86.01, 88.01,
211/134, 126.1, 181.1; 248/302; 220/485,
220/488; D6/512–514, 524–525, 566
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D563,708 S | * | 3/2008 | Snell | ............................. D6/566 |
| D584,056 S | * | 1/2009 | Ghiorghie | ...................... D6/513 |
| D588,814 S | * | 3/2009 | Ghiorghie | ...................... D6/513 |
| D616,680 S | * | 6/2010 | Snider | ............................. D6/513 |
| D628,385 S | * | 12/2010 | Klein et al. | ................... D6/513 |
| D637,850 S | * | 5/2011 | Ghiorghie | ...................... D6/566 |
| D642,842 S | * | 8/2011 | Stoeckler | ...................... D6/572 |
| D643,664 S | * | 8/2011 | Goodman et al. | ............. D6/566 |
| D650,209 S | * | 12/2011 | Snider | ........................... D6/513 |
| D695,540 S | * | 12/2013 | Teel, Jr. | ........................ D6/513 |

* cited by examiner

*Primary Examiner* — Brian N Vinson
(74) *Attorney, Agent, or Firm* — Lora J. Graentzdoerffer

(57) **CLAIM**
The ornamental design for an over the door storage assembly,
as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view thereof;
FIG. **2** is a front elevational view thereof;
FIG. **3** is a rear elevational view thereof;
FIG. **4** is a left side elevational view thereof;
FIG. **5** is a right side elevational view thereof;
FIG. **6** is a top plan view thereof; and,
FIG. **7** is a bottom plan view thereof.
The broken-line disclosure in the views represents portions of
the article in which the claimed design is embodied, but which
form no part of the claimed design.

**1 Claim, 5 Drawing Sheets**



**U.S. Patent**     **May 27, 2014**     **Sheet 1 of 5**     **US D705,565 S**



FIG. 1



FIG. 2



FIG. 3



FIG. 4              FIG. 5



FIG. 6



FIG. 7