**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

Tang Zhaoshi,

Plaintiff(s),

v.

The Partnerships And Unincorporated
Associations Identified On Schedule A,

Defendant(s).

Case No.  1:23-cv-04587
Judge Thomas M. Durkin

### JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐  in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐  in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒  other: Case is dismissed for want of prosecution.

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☐ decided by Judge Thomas M. Durkin on a motion to dismiss.

Date:  8/14/2024                    Thomas G. Bruton, Clerk of Court

                                    Emily Wall , Deputy Clerk