**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: Zhaoshi v. The Partnerships And Unincorporated Associations Identified On Schedule A

Case Number: 1:23-cv-04587

An appearance is hereby filed by the undersigned as attorney for:

Zhaoshi Tang

Attorney name (type or print): Zhan Jin

Firm: Aptum Law

Street address: 750 Alma Ln Ste 8244

City/State/Zip: Foster City, CA 355793

Bar ID Number: 355793
(See item 3 in instructions)

Telephone Number: (408) 338-8500

Email Address: Tina.Jin@AptumLaw.us

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you a member of the court's general bar? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| Are you appearing *pro hac vice*? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.  ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 02/23/26

Attorney signature:  ___/S/ Zhan Jin_____
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023