UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ZHAOSHI TANG,<br><br>        Plaintiff,<br><br>v.<br><br>PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>        Defendants. | Case No.: 1:23-cv-04587<br><br>**Hon. Thomas M. Durkin** |

**PLAINTIFF'S MOTION FOR ORDER TO RELEASE TRO BOND**

Under the Court's July 24, 2024 Temporary Restraining Order (Dkt. 13), Plaintiff posted a $10,000 injunction bond (TRO Bond) with the Court on August 28, 2023 (Dkt. 29).

On August 14, 2024, the Court entered a judgment in favor of Plaintiff, and the case is now closed (Dkt. 106); thus, the Court is respectfully requested to release the TRO Bond.

///

///

Date: February 24, 2026                    Respectfully submitted,


                                                /s/ Zhan Jin_____
Zhan "Tina" Jin (CA- 355793)
750 Alma Ln Ste 8244
Foster City, CA 94404
Email: Tina.Jin@AptumLaw.us
Phone: 408-338-8500

*ATTORNEY FOR PLAINTIFF*