# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ZHAOSHI TANG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>　　　　Defendants. | Case No.: 1:23-cv-04587<br><br>**Hon. Thomas M. Durkin** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on Thursday, March 5, 2026, at 9:00 a.m., Plaintiff, by its undersigned counsel, shall appear by telephone before the Honorable Thomas M. Durkin in Courtroom 1446 of the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois and present Plaintiff's Motion for Order to Release Temporary Restraining Order Bond.

///

///

///

Date: February 28, 2026          Respectfully submitted,

 

/s/ Zhan Jin
Zhan "Tina" Jin (CA- 355793)
750 Alma Ln Ste 8244
Foster City, CA 94404
Email: tinajin666@gmail.com
Phone: 408-338-8500

*ATTORNEY FOR PLAINTIFF*