UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ZHAOSHI TANG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"<br>　　　　　Defendants. | Case No.: 1:23-cv-04587 |

**ORDER RELEASING PLAINTIFF'S TRO BOND**

Under the July 24, 2024 Temporary Restraining Order (Dkt. 13), Plaintiff posted a $10,000 surety bond (TRO Bond) with the Court on August 28, 2023 (Dkt. 29).

On August 14, 2024, the Court entered a judgment in favor of Plaintiff, and the case is now closed (Dkt. 106); the Court thus orders that the $10,000 surety bond be released to the Plaintiff's Counsel at the following mailing address:

///

///

///

///

///

1

Zhan "Tina" Jin
750 Alma Lane #8244
Foster City, CA 94404.

Date: March 6, 2026

IT IS SO ORDERED.

*Thomas M Durkin*

Thomas M. Durkin
United States District Judge