

USPS TRACKING #

SAN FRANCISCO CA 940

20 MAR 2026 PM 2 L

9500 9402 6959 1104 1257 71

**United States**
**Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

F I L E D

MAR 25 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Sender: Please print your name, address, and ZIP+4® in this box•

RECEIVED

USDC for the Northern District of IL
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

MAR 25 2026

23 cv 4587

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:



Zhan "Tina" Jin
750 Alma Lane
#8244
Foster City, CA 94404

23cv4587

9590 9402 6959 1104 1257 71

2. Article Number *(Transfer from service label)*

7001 2510 0005 7681 7860

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Zhen Lin_   ☐ Agent   ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

Zhen Lin    3/20/20

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt